# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2244

Derek Heckemeyer, on behalf of themselves and others similarly situated and Marie Heckemeyer, on behalf of themselves and others similarly situated.

Appellees

v.

NRT Missouri, LLC and James Dohr

Appellants

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-01532-AGF)
_____

**MANDATE**

In accordance with the judgment of 06/21/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 21, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit